EXHIBIT A

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | PERSON FILING CHARGE |
|---|---|
| Ms Linda Goldberg<br>H R Director<br>LUMENOS<br>1801 N. Beauregard St<br>Alexandria, VA 22311 | Johnson, Samuel<br>THIS PERSON (check one)<br>[X] CLAIMS TO BE AGGRIEVED<br>[ ] IS FILING ON BEHALF OF ANOTHER<br>DATE OF ALLEGED VIOLATION<br>Earliest: 02/24/2005   Most Recent: 03/17/2005<br>PLACE OF ALLEGED VIOLATION<br>Alexandria, VA<br>EEOC CHARGE NUMBER: 10AA500030<br>FEPA CHARGE NUMBER: E022041105 |

## NOTICE OF CHARGE OF DISCRIMINATION IN JURISDICTIONS WHERE A FEP AGENCY WILL INITIALLY PROCESS
(See attached information sheet for additional information)

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[X] Title VII of the Civil Rights Act of 1964
[ ] The Age Discrimination in Employment Act of 1967 (ADEA)
[ ] The Americans with Disabilities Act

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____ (FEP Agency)

[X] The Alexandria Office Of Human Right (FEP Agency) and sent to the EEOC for dual filing purposes.

While EEOC has jurisdiction (upon the expiration of any deferral requirement if this is a Title VII or ADA charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

[X] As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained in the "EEOC Rules and Regulations" apply.

For further correspondence on this matter, please use the charge number(s) shown.

[ ] An Equal Pay Act investigation (29 U.S.C. 206(d)) will be conducted by the Commission concurrently with the Agency's investigation of the charge.
[X] Enclosure: Copy of Charge

**BASIS OF DISCRIMINATION**

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NAT. ORIGIN  [ ] AGE  [ ] DISABILITY  [X] RETALIATION  [X] OTHER

**CIRCUMSTANCES OF ALLEGED VIOLATION**

See enclosed Form 5, Charge of Discrimination.

| DATE | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL | SIGNATURE |
|---|---|---|
| 04/11/2005 | Dana R. Hutter, Acting Director | |

EEOC FORM 131-A (Rev. 06/92)                                   **RESPONDENT'S COPY**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] FEPA | E022041105 |
| [ ] EEOC | 10AA500030 |

Alexandria Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

**NAME** *(Indicate Mr., Ms., Mrs.)*
Mr. Samuel Johnson

**HOME TELEPHONE** *(Include Area Code)*
(202) 487-5732

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
P.O. Box 1729, Washington, DC 20013

**DATE OF BIRTH**
07/08/1971

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| LUMENOS | Cat C (201-500) | (703) 236-6300 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1801 N. Beauregard St., Alexandria, VA 22311 | | 510 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [X] OTHER *(Specify)* Employment

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 02/24/2005   LATEST: 03/17/2005
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional space is needed, attach extra sheet(s)):*



I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date _____ Charging Party *(Signature)* _____

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

EEOC FORM 5 (Rev. 07/99)

**RESPONDENT'S COPY**

EEOC # 10A-A5-00030

AHRO # E-022-041105

## COMPLAINT OF DISCRIMINATION IN VIOLATION OF
## THE HUMAN RIGHTS CODE OF THE CITY OF ALEXANDRIA

This day I, _____Samuel Johnson_____,

__P.O. Box 1729__, __Washington, D.C. 20013__,
(Street Address)       (City, State, Zip Code)

under oath state as follows:

I have reason to believe that _____Lumenos_____,

__1801 N. Beauregard Street__, __Alexandria, Virginia, 22311__,
(Street Address)       (City, State, Zip Code)

has committed, or is committing, an unlawful discriminatory practice in violation of the Human Rights Code of the City of Alexandria. The last offense was on or about __March 17, 2005__.
(Date)

THE PARTICULARS ARE:

I believe I was discriminated against, subjected to retaliation and wrongfully discharged because of my race (Black) and sexual preference (Heterosexual), in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Alexandria Human Rights Code.

I began working for Respondent in August 2004, as a Customer Service Representative. After receiving accolades for my work performance, gaining two pay raises, being encouraged to seek "Team Lead" position by directors of Customer Service and Human Resources, complimented as a "star", "stealth", quiet and accurate employee by management, called to interpret and relay complex account information to "VIP" clients, demonstrating my exceptional ability as a customer representative by working overtime ( 60 - 70 hrs work weeks), being included on the "Triage" Supervisory team, and training newly hired employees, my employment was terminated. On February 24, 2005, I was involved in a minor verbal disagreement with Ken Williamson (White, Homosexual) to whom I said "get away from me". Ken Williamson consequently complained to Linda Goldberg, Human Resources Director, that I threatened him. Without seeking any information from me or speaking to witnesses, Human Resources concluded its investigation and issued me a verbal reprimand and required me to apologize to Mr. Williamson.

I refused to accept the findings of the Human Resources investigation and requested a meeting with all parties, including Human Resources. At the meeting, Mr. Williamson

admitted that I never threatened him in any manner. At that time, I complained that the only reason Mr. Williamson made those false claims and I was punished, without the benefit of even being interviewed, was because I am a black, heterosexual male. I was then advised that the reprimand and demand for an apology were rescinded. Even after receiving a positive work performance evaluation on March 10, 2005 and above average "audit" results for the month of February, on March 17, 2005, my employment was terminated for "falling below customer service expectations". I believe that this negative employment action was retaliation for my complaint of discrimination.

I believe I have been discriminated against, subjected to retaliation and wrongfully discharged because of my race (Black) and sexual preference (Heterosexual), in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Alexandria Human Rights code.

---

**This complaint shall be held in confidence by the Human Rights Office unless or until the complainant and the respondent consent to its being public, or until a hearing has begun or unless directed by a court.**

---

# COMMONWEALTH OF VIRGINIA

# CITY OF ALEXANDRIA

I, _____Samuel Johnson_____, being duly sworn, state (Print Name of Complainant) that the facts and allegations contained in the foregoing complaint are true to the best of my knowledge and belief.

04\11\05
(Date)                                         (Signature of Complainant)

Subscribed and sworn to me before this 11th day of April, 2005, in the State and City aforesaid, in testimony whereof I have hereunto set my hand and seal.

My Commission expires September 30, 2008

_____
(Notary Public)