EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06CV01270 (RMU) |
| ) | |
| LUMENOS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DECLARATION OF LINDA GOLDBERG

I, Linda Goldberg, hereby declare and state as follows:

1.   I am over the age of eighteen (18) and am competent to make this Declaration.

2.   I am employed by Lumenos, Inc. ("Lumenos"), as the Director of Human Resources. In this capacity, I have personal knowledge concerning the information contained in this Declaration.

3.   Lumenos is incorporated under the laws of Virginia and has its principal place of business in Alexandria, Virginia. It does not have any employees in the District of Columbia and does not do any work in the District of Columbia. Lumenos does not sell any products or services to employers in the District of Columbia and does not pay any corporate taxes to the District of Columbia. It is not registered to do business in the District and does not have a resident agent for accepting service of process there.

4.   Some of Lumenos' customers are companies that in turn employ relatively few workers in the District of Columbia. Of the 130,000 employees covered by Lumenos' health plans through their employers, only 135 (or 0.1 percent) reside in the District of Columbia.

5.   Samuel Johnson was employed by Lumenos in Virginia.

6.   All of Lumenos' employment records, including all of the personnel records relevant to Mr. Johnson's claims, are maintained and administered in Alexandria, Virginia. Lumenos does not have any employment records in the District of Columbia.

7.   Each meeting of Lumenos representatives regarding Plaintiff's employment with and termination from Lumenos took place in Virginia and was attended by managers employed in Virginia. Each of the Lumenos representatives who testified at

the hearing on Mr. Johnson's unemployment compensation claim works for Lumenos in Virginia.

In accordance with 28 U.S.C. § 1746, I declare and affirm under penalty of perjury, that the foregoing Declaration is true and correct.

_Linda Goldberg_ (signature)    8/15/06
Linda Goldberg             Date