IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06CV01270 (RMU) |
| ) | |
| LUMENOS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

Upon consideration of Defendant Lumenos, Inc.'s Motion to Dismiss or, in the Alternative, to Transfer, it is this ____ day of August, 2006, hereby ORDERED:

that Defendant's Motion to Dismiss is hereby GRANTED for lack of personal jurisdiction and for improper venue. Plaintiff's Complaint is dismissed with prejudice.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


By: _____
JUDGE URBINA

Dated:_____

2

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a true and correct copy of the attached Memorandum in Support of Defendant's Motion to Transfer to be served in accordance with electronic filing procedures on this 21st day of August, 2006, on the following individual:

Donald M. Temple
Temple Law Office
1229 15th Street, N.W.
Washington, DC 20005

s/_____<br>Connie N. Bertram

2

DC:48053812.1