IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06CV01270 (RMU) |
| ) | |
| LUMENOS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF COUNSEL**

Certificate required by Rule of Civil Procedure 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Defendant Lumenos, Inc. ("Lumenos"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Lumenos which have any outstanding securities in the hands of the public:

Lumenos is a wholly-owned subsidiary of Wellpoint, Inc., which is publicly traded on the New York Stock Exchange under the ticker symbol WLP.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/
Connie N. Bertram (D.C. Bar No. 435840)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000
(202) 282-5100 (fax)

Counsel for Defendant Lumenos, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a true and correct copy of the attached Certificate of Counsel to be served in accordance with electronic filing procedures on this 25th day of August, 2006, on the following individual:

Donald M. Temple
Temple Law Office
1229 15th Street, N.W.
Washington, D.C. 20005

/s/
Connie N. Bertram

DC:48050912.1