IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL JOHNSON, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :    No. 1:06CV01270 (RMU) |
| | : |
| LUMENOS, INC., | : |
| | : |
|     Defendant. | : |
| | : |

_____

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**

COMES NOW the Plaintiff, by and through undersigned counsel, and respectfully consents to the transfer of the above-captioned matter to the Eastern District of Virginia.

Respectfully submitted,

_____/s/_____

Donald M. Temple, Esq. [408749]
1229 15th Street, NW
Washington, DC  20005
Tel:  (202) 628-1101
Fax:  (202) 628-1149