UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SAMUEL JOHNSON, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1270 (RMU) |
| | : | | |
| v. | : | Document No.: | 4 |
| | : | | |
| LUMENOS, INC., | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

### GRANTING THE DEFENDANT'S MOTION TO TRANSFER THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 11th day of January 2007, it is hereby

**ORDERED** that the defendant's motion to transfer is **GRANTED**; and it is

**FURTHER ORDERED** that the case be transferred to the United States District Court for the Eastern District of Virginia.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge